IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNEST JABLONSKY,<br><br>Defendant. | CR 17-17-H-CCL-JTJ<br><br>ORDER |

The Court has set a hearing in this case on December 16, 2019, for the purpose of determining whether the Defendant has the present financial ability to reimburse the Criminal Justice Act Fund for the appellate defense that he was provided by the Federal Defenders of Montana. (Doc. 168).

Accordingly, IT IS HEREBY ORDERED:

1. On or before 12:00 p.m. (noon) on December 13, 2019, Defendant shall file a copy of his 2017 and 2018 federal tax returns, together with any other evidentiary material Defendant deems relevant to his present financial condition.

2. Defendant may file any documents containing confidential

information under seal.

DATED this 10th day of December, 2019.

John Johnston
United States Magistrate Judge