IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNEST JABLONGSKY, et al.,<br><br>Defendant. | CR 17-17- H-CCL-JTJ<br><br>ORDER |

IT IS ORDERED that the hearing on the reimbursement issue is rescheduled to January 13, 2020, at 11:00 a.m. at the Mike Mansfield Federal Courthouse, Butte, Montana.

IT IS FURTHER ORDERED that on or before 12:00 p.m. on January 6, 2020, Defendant shall file under seal the following with the clerk of court:

1. His 2017 and 2018 federal tax returns;

2. Any loan application he submitted to any financial institution in 2017, 2018, and 2019; and

3. Any other evidentiary material Defendant deems relevant to his present financial condition.

DATED this 16th day of December 2019.

_____
John Johnston
United States Magistrate Judge