FILED 1/7/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-17-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ERNEST JABLONSKY, et al., | |
| Defendant. | |

Michael Donahoe and the Federal Defenders of Montana having filed a Motion for Leave to File Time Records Under Seal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Time Records Under Seal is GRANTED.

DATED this ___7th___ day of January, 2020.

JOHN JOHNSTON
United States Magistrate Judge